IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS RAY SULLIVAN                                                            PLAINTIFF

VS.                                    Case No. 04-CV-4086

JODY STUBBS, Officer, Miller County
Sheriff's Department                                                          DEFENDANT

## **ORDER**

Before the Court is the Report and Recommendation filed July 26, 2005 by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 18) Judge Shepherd recommends Plaintiff's Motion to Dismiss (Doc. 17) be granted. No party has filed objections to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation *in toto*. The Court finds Plaintiff's Motion to Dismiss should be and hereby is granted.

IT IS SO ORDERED, this 16th day of August, 2005.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Court